**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-213-DCK**

| | |
|---|---|
| LAKEYDA FAISON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| HARRIS TEETER, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and this matter is ripe for review.

On May 16, 2018, the undersigned issued an "Order" (Document No. 29) requiring the parties to file a Status Report on or before May 31, 2018. Defendant filed a timely "Status Report" (Document No. 30) on May 29, 2018. Plaintiff has failed to file a Status Report.

By its report, Defendant has informed the Court that written discovery is concluded and that all that remains is for Defendant to take Plaintiff's deposition. (Document No. 30, p. 1). Defendant also asserts that it is prepared to proceed with mediation, and if that is unsuccessful, requests an additional thirty (30) days to file a summary judgment motion and supporting memorandum. (Document No. 30, p. 2).

Based on the foregoing, the record of this case, and noting that Plaintiff is now proceeding *pro se*, the undersigned will issue revised case deadlines.

**IT IS, THEREFORE, ORDERED** that the deadlines in this case are revised as follows: discovery completion (<u>deposition of Plaintiff</u>) – **July 13, 2018**; mediation report – **August 1,**

**2018**; motion(s) for summary judgment – **August 30, 2018**; trial term – **November 26, 2018**. Further extension of these deadlines is unlikely and failure to comply with this Order by either party may result in sanctions.

<u>The Clerk of Court shall send a copy of this Order to *pro se* Plaintiff by certified U.S. mail, return receipt requested</u>.

**SO ORDERED**.

Signed: June 6, 2018

David C. Keesler
United States Magistrate Judge